IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD GENE PICKLE,
ADC #115346                                                                                    PLAINTIFF

v.                                      4:09CV00918JMM/HLJ

CORRECTIONAL MEDICAL
SERVICES, INC.                                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 25th day of January, 2010.


_____
United States District Judge

1